**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MONICA B. TOBAK

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:12-23279 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/28/2012 and confirmed on 10/03/2012 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,235.98 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,235.98 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,333.76 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,833.76 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| RWLS IV HOLDINGS LLC | 0.00 | 23,480.00 | 0.00 | 23,480.00 |
|   Acct: XXXXXXXX7/12 | | | | |
| RWLS IV HOLDINGS LLC | 18,810.90 | 9,922.22 | 0.00 | 9,922.22 |
|   Acct: 3707 | | | | |
| | | | | 33,402.22 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MONICA B. TOBAK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| BMG MUSIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: XXXXX0251 | | | | |
| | BRADFORD EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXX3001 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXX6834 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXX9002 | | | | |
| | CAPITAL ONE AUTO FIN/SVCR ONYX** | 6,661.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 4326 | | | | |
| | COLUMBIA HOUSE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX6732 | | | | |
| | CONVERGENT HEALTHCARE RECOVERIES | 210.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5912 | | | | |
| | EMERGENCY RESOURCE MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7589 | | | | |
| | FIGI'S INC | 87.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 9469 | | | | |
| | FOUNDATION RADIOLOGY GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXE001 | | | | |
| | HSBC MORTGAGE SVCS (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6532 | | | | |
| | INSOLVE RECOVERY LLC BY AMERICAN I | 442.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 8423 | | | | |
| | NORTHWEST CDC**/DBA UNIONTOWN FIN | 2,600.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 2494 | | | | |
| | SHELL CREDIT CARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXX4255 | | | | |
| | SST* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX4209 | | | | |
| | KAREN TAIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX12GD | | | | |
| | UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX1016 | | | | |
| | VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX7029 | | | | |
| | MIDLAND FUNDING LLC BY AMERICAN INF | 1,468.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                              33,402.22

| | | |
|---|---|---|
| 12-23279 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |

```
TOTAL CLAIMED
    PRIORITY              0.00
    SECURED          18,810.90
    UNSECURED        11.471.20
```

Date: 02/08/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com