SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:      *1.  Intake Clerk* *

         *2.  Case Administrator*

FROM:    *Financial Administrator*

DATE:  6/16/17

CASE NAME: Monica B. Tobak

CASE NUMBER: 12-23279 -JAD

Check Number 104 0344 in the amount of $ 5.00 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 12859          Intake Clerk's Initials MF

*    *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA  15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR
STANDING TRUSTEE**
06/15/2017

Michael R. Rhodes, Esquire            OR            Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court                          Clerk, US Bankruptcy Court
5414 U.S. Steel Tower                               U.S. Courthouse, Room B160
600 Grant Street                                    17 South Park Row
PIttsburgh, PA  15219                               Erie,  PA  16501

Re: MONICA B. TOBAK

Case No: 12-23279JAD

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Rwls Iv Holdings Llc
C/O Statebridge Co Llc
5680 Greenwood Plaza Blvd Ste 100S
Greenwood Village,CO 80111

CHECK NUMBER 1040244        AMOUNT $5.00

The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:DANIEL R WHITE ESQ
MONICA B. TOBAK

Rwls Iv Holdings Llc